SEALED

AO 442 (Rev.11/11) Arrest Warrant

JAN 15 2025 PM1:22
FILED - USDC - FLMD - ORL

RECEIVED
JAN 0 9 2025

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| CESAR AUGUSTO SILVA FERNANDEZ | ) Case No. 6:24-cr-137-CEM-RMN |
| Defendant | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CESAR AUGUSTO SILVA FERNANDEZ**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Hobbs Act Conspiracy, Hobbs Act Robbery, Brandishing Firearm in Robbery, in violation of 18 U.S.C. §§ 1951(a), (b), 2 and 18 U.S.C. §§ 924(c)(1)(A)(ii), and 2. Possession of firearm by convicted felon in violation of 18 U.S.C. § 922(g)

Date: 1/8/2025

*Issuing Officer's signature*

City and state: Orlando, Florida

Elizabeth Warren, Clerk of Court
United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 1/9/2025, and the person was arrested on *(date)* 1/9/2025
at *(city and state)* Orlando, FL

Date: 1/9/2025

SA Stephen Taylor
*Arresting officer's signature*

Stephen Taylor SA
*Printed name and title*