UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**          No: 6:24-cr-00137-CEM-RMN

    *Plaintiff,*

**v.**

**CESAR AUGUSTO SILVA FERNANDEZ,**

    *Defendant.*
_____/

## MOTION TO SCHEDULE DETENTION HEARING

**COMES NOW,** Defendant, Cesar Augusto Silva Fernandez, through his undersigned attorney, respectfully moves this Honorable Court to schedule a detention hearing under the Bail Reform Act. In support, Mr. Silva Fernandez states the following:

A Third Superseding Indictment was filed against Mr. Silva Fernandez on January 8, 2025, charging him with one count each of: Conspiracy to Interfere with Commerce by Robbery, Interference with Commerce by Robbery, Brandishing of a Firearm During and in Relation to a Crime of Violence, and Possession of Firearm by a Prohibited Person. Doc. 143.

Mr. Silva Fernandez was arrested on January 9, 2025, and appeared before the Honorable Daniel C. Irick, United States Magistrate Judge, for his initial appearance. At that time, the Government moved for the Detention of Mr. Silva Fernandez, who waived his right to a detention hearing without

1

prejudice, reserving his right to have a detention hearing later in the proceedings. The government seeks detention. Mr. Silva Fernandez requests a detention hearing.

Pursuant to Local Rule 3.01(g), this attorney certifies that she conferred with Assistant United States Attorney Michael Felicetta who currently opposes Mr. Silva Fernandez's release.

## **MEMORANDUM OF LAW**

Title 18 U.S.C. Section 3142 provides that a court can set conditions of release after holding a hearing. Defense asserts that there are conditions of release this Court can set that will reasonably assure Mr. Silva Fernandez's appearance at future court dates and protect the community. Defendant requests that this Court schedule a detention hearing at its earliest convenience.

Accordingly, Defendant Cesar Augusto Silva Fernandez, moves this Court to schedule a detention hearing and set reasonable conditions of release.

## **CERTIFICATE OF SERVICE**

**I CERTIFY** that on the 4th day of April 2025, I electronically filed the foregoing, with the Clerk of the Court, by using the CM/ECF system, which will send a Notice of Electronic Filing to the Assistant United States Attorney.

Respectfully submitted by,

*/s/ Michelle Yard*
Michelle Yard, BCS
Florida Bar Number: 14085
Email: michelle@michelleyard.com
**Law Office of Michelle Yard, PLLC**
1317 Edgewater Dr., Suite 4800
Orlando, Florida 32804
Phone: (407) 488-6100