UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:24-cr-137-CEM-RMN

CESAR AUGUSTO SILVA FERNANDEZ

### NOTICE CONCERNING RESTITUTION

On November 18, 2025, the defendant Cesar Augusto Silva Fernandez was sentenced to 147 months' imprisonment followed by 3 years' supervised release following convictions for aiding and abetting interference with commerce by robbery, in violation of 18 U.S.C. §§ 1951(a), (b), and 2 (Count Three); and aiding and abetting using, carrying, and brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. §§ 924(c)(1)(A) and 2 (Count Four). Doc. 400. At the time of sentencing, a restitution determination was deferred, and a restitution hearing was set for January 29, 2026. *Id.*; Doc. 399.

Since the sentencing hearing, the United States, through the Federal Bureau of Investigation, has contacted the victim of the defendant's offenses of conviction. The victim has advised that he is not seeking any restitution from the defendant.

WHEREFORE, the United States respectfully requests that the restitution hearing set for January 29, 2026, Doc. 399, be cancelled.

        Respectfully submitted,

        GREGORY W. KEHOE
        United States Attorney

By: */s/ Sarah Megan Testerman*
    Sarah Megan Testerman
    Assistant United States Attorney
    Florida Bar No. 0124884
    400 W. Washington Street, Suite 3100
    Orlando, Florida 32801
    Telephone: (407) 648-7500
    Facsimile: (407) 648-7643
    E-mail: megan.testerman@usdoj.gov

**U.S. v. CESAR A. SILVA FERNANDEZ   Case No. 6:24-cr-137-CEM-RMN**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Michelle Yard
    Attorney for Defendant

                                    */s/ Sarah Megan Testerman*
                                    Sarah Megan Testerman
                                    Assistant United States Attorney
                                    Florida Bar No. 0124884
                                    400 W. Washington Street, Suite 3100
                                    Orlando, Florida 32801
                                    Telephone:  (407) 648-7500
                                    Facsimile:   (407) 648-7643
                                    E-mail: megan.testerman@usdoj.gov